JOSE RODIGUIZ v. THE STATE.

No. 14148. Delivered April 15, 1931.

592

The opinion states the case.

*D. L. Harry,* of Jacksonville, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for theft of property over the value of $50, punishment being two years in the penitentiary.

It is made to appear that pending this appeal appellant has escaped from jail and has remained at large more than ten days.

The case is brought under the provisions of Article 824, C. C. P., which provides that an escape of accused from custody pending appeal ousts this court of jurisdiction.

The appeal is therefore dismissed.

*Dismissed.*